

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:      01-12-01108-CV

Style:      Telicia Owens

     v. Krista G. Handyside, M.D., Samuel J. Prater, M.D., Kenneth A. Totz, D.O., FACEP, and

     Memorial Hermann Hospital System d/b/a Memorial Hermann – Texas Medical Center

Date motion filed[*]:      May 5, 2015

Type of motion:      Motion for extension of time to file motion for rehearing and/or motion for en banc

     reconsideration

Party filing motion:      Appellee

Document to be filed:      Motion for rehearing and/or motion for en banc reconsideration

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      May 8, 2015

     Number of previous extensions granted:      0      Current Due date: May 8, 2015

     Date Requested:      June 22, 2015

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: June 22, 2015

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

_____

_____

_____

Judge's signature:    __/s/ Terry Jennings_____
            ☐ Acting individually     ☐ Acting for the Court

Panel consists of    _____

Date: May 7, 2015

November 7, 2008 Revision